No. 1103. DODEZ *v.* UNITED STATES. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Victor F. Schmidt* and *Hayden C. Covington* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1018. WALLING, WAGE & HOUR ADMINISTRATOR, *v.* HALLIBURTON OIL WELL CEMENTING CO. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General McGrath* for petitioner. *Ben F. Saye* and *Gurney E. Newlin* for respondent.

No. 1052. UNITED STATES *v.* DICKINSON; and
No. 1053. UNITED STATES *v.* WITHROW. May 13, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General McGrath* for the United States. *J. H. McClintic* and *Ernest K. James* for respondents.

No. 988. UNITED STATES *v.* BRUNO. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General McGrath* for the United States. *George R. Sommer* for respondent.

No. 1075. PARKER ET AL. *v.* PORTER, PRICE ADMINISTRATOR. May 13, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals granted. *Alexander Pfeiffer* for petitioners. *Solicitor General Mc-*